**Order entered February 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01134-CV

### FELICIA ALLEN, Appellant

### V.

### DALLAS INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-14050**

## ORDER

Before the Court is appellant's February 10, 2017 motion for extension of time to file appellant's brief. We **GRANT** appellant's motion to the extent that we **ORDER** the brief to be filed on or before March 14, 2017.

/s/     ELIZABETH LANG-MIERS
        JUSTICE